# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Heston, Mary J. | U.S. Bankruptcy Court, Western District of Washington | 12/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

1717 Pacific Ave. #2100
Tacoma, WA 98402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Dministrator of Estate #1 | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 12/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 13-16, 2019 | San Diego, CA | Attend the American College of Bankruptcy as a Fellow, | Hotel and transportation up to $1,000.00 |
| 2. | Turnaround Management Association | May 1-3. 2019 | San Antonio, TX | Speak at a trade group for turnaround managers | Hotel, transporation and meals |
| 3. | Federal Bar Ass'n, Eastern District of Washington, Bankruptcy Section | June 28-30, 2019 | Winthrop, WA | Speak at bar association event | Hotel, 2 nights, $200 in transportation and other costs |
| 4. | Turnaround Management Association/IWIRC | September 24-26, 2019 | Cleveland, OH | Speak at women's group of turnaround professionals | Hotel Transportaiton and meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Heston, Mary J.** | 12/22/2020 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | Northwest Turnaround Management Association | October 3, 2019 | Portland, OR | Speak on international insolvency issues with Canadian judge | Hotel, transportation and meals |
| 6. | National Conference of Bankruptcy Judges | October 28-November 2, 2019 | Washington, DC | Attend and participate in national conference of bankruptcy judges | Hotel 3 nights |
| 7. | American Bankruptcy Institute | December 4-6, 2019 | Terranea, CA | Participate in Veterans/Servicemen Meeting through ABI | Hotel, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 12/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hilton Grand Vacation Club | Loan on vacation club ownership | K |
| 2. | American Express | Revolving loan | K |
| 3. | JP Morgan Chase | Revolving credit card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heston, Mary J.** | 12/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch Cash Management Account | A | Int./Div. | J | T | | | | | |
| 2. INVESCO EMERGING MARKETS (RA FUNDS (PYC)+ | A | Int./Div. | | | Sold | 01/18/19 | J | A | |
| 3. INVESCO PREFERRED ETF (PGX) IRA FUNDS+ | A | Int./Div. | J | T | Sold (part) | 01/18/19 | J | A | |
| 4. | A | Distribution | | | Sold | 08/12/19 | J | A | |
| 5. I SHARES IBOXX $(LQD) IRA FUNDS+ | A | Int./Div. | J | T | Sold (part) | 01/24/19 | J | A | |
| 6. | A | Distribution | J | T | Sold (part) | 01/30/19 | J | A | |
| 7. | A | Int./Div. | J | T | Buy (add'l) | 03/01/19 | J | | |
| 8. | A | Distribution | J | T | Sold (part) | 06/17/19 | J | A | |
| 9. | A | Distribution | | | Sold | 08/14/19 | J | A | |
| 10. ISHARES TIPS BONDS (TIP)+ | A | Int./Div. | J | T | Sold (part) | 01/18/19 | J | A | |
| 11. | A | Distribution | J | T | Sold (part) | 01/24/19 | J | A | |
| 12. | A | Int./Div. | J | T | Buy (add'l) | 02/25/19 | J | | |
| 13. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 14. | A | Distribution | | | Sold | 08/14/19 | J | A | |
| 15. ISHARES 3-7 YEAR (ETF) IRA FUNDS+ | A | Distribution | J | T | Sold (part) | 01/18/19 | J | A | |
| 16. | A | Int./Div. | J | T | Buy (add'l) | 02/25/19 | J | | |
| 17. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heston, Mary J.** | 12/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Distribution | | | Sold | 08/14/19 | J | A | |
| 19.    ISHARES MBF ETF (MBB) IRA FUNDS+ | A | Int./Div. | J | T | Sold (part) | 01/18/19 | J | A | |
| 20. | A | Distribution | J | T | Sold (part) | 01/24/19 | J | A | |
| 21. | A | Int./Div. | J | T | Buy (add'l) | 02/25/19 | J | | |
| 22. | A | Int./Div. | J | T | Buy (add'l) | 03/01/19 | J | | |
| 23. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 24. | A | Distribution | | | Sold | 08/14/19 | J | A | |
| 25.    ISHARES IBOX$ HIGH YIELD (HYG) IRA FUNDS+ | A | Int./Div. | J | T | Sold (part) | 01/24/19 | J | A | |
| 26. | A | Int./Div. | J | T | Buy (add'l) | 02/25/19 | J | | |
| 27. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 28. | A | Distribution | | | Sold | 08/14/19 | J | A | |
| 29.    ISHARES INC CORE MSCI (IEMG) IRA FUNDS+ | A | Int./Div. | J | T | Sold (part) | 01/24/19 | J | A | |
| 30. | A | Int./Div. | J | T | Buy (add'l) | 02/25/19 | J | | |
| 31. | A | Int./Div. | J | T | Buy (add'l) | 03/01/19 | J | | |
| 32. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 33. | A | Distribution | J | T | Sold (part) | 06/17/19 | J | A | |
| 34. | A | Distribution | | | Sold | 08/12/19 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 12/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ISHARES INC CORE MSCI EAF (IEFA) IRA FUNDS+ | B | Int./Div. | J | T | Sold (part) | 01/18/19 | J | A | |
| 36. | A | Distribution | J | T | Sold (part) | 01/24/19 | J | A | |
| 37. | A | Int./Div. | J | T | Buy (add'l) | 02/25/19 | J | | |
| 38. | A | Int./Div. | J | T | Buy (add'l) | 03/01/19 | J | | |
| 39. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 40. | A | Distribution | J | T | Sold (part) | 06/17/19 | J | A | |
| 41. | A | Distribution | | | Sold | 08/12/19 | K | A | |
| 42. VANEK VECTORS J.P. (EMLC) IRA FUNDS+ | A | Int./Div. | J | T | Sold | 01/18/19 | J | A | |
| 43. VANGUARD SMALL CAP VALUE (VBR) IRA FUNDS+ | A | Int./Div. | J | T | Buy (add'l) | 01/18/19 | J | | |
| 44. | A | Distribution | J | T | Sold (part) | 01/24/19 | J | A | |
| 45. | A | Distribution | J | T | Sold (part) | 01/30/19 | J | A | |
| 46. | | | J | T | Buy (add'l) | 02/25/19 | J | | |
| 47. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 48. | A | Distribution | | | Sold | 08/14/19 | J | A | |
| 49. VANGUARD SMALL CAP GROWTH (VBK) IRA FUNDS+ | A | Int./Div. | J | T | Buy (add'l) | 01/18/19 | J | | |
| 50. | A | Distribution | J | T | Sold (part) | 01/24/19 | J | A | |
| 51. | A | Distribution | J | T | Buy (add'l) | 02/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heston, Mary J.** | 12/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Distribution | J | T | Buy (add'l) | 03/01/19 | J | | |
| 53. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 54. | A | Distribution | | | Sold | 08/14/19 | K | B | |
| 55. VANGUARD VALUE ETF (VTV) IRA FUNDS+ | B | Int./Div. | J | T | Buy (add'l) | 01/18/19 | J | | |
| 56. | A | Distribution | J | T | Sold (part) | 01/24/19 | K | B | |
| 57. | A | Distribution | J | T | Sold (part) | 01/30/19 | J | A | |
| 58. | A | Int./Div. | J | T | Buy (add'l) | 02/25/19 | J | | |
| 59. | A | Int./Div. | J | T | Buy (add'l) | 03/01/19 | J | | |
| 60. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | B | |
| 61. | A | Distribution | J | T | Sold (part) | 06/17/19 | J | A | |
| 62. | D | Distribution | | | Sold | 08/14/19 | M | D | |
| 63. VANGUARD GROWTH ETF (VUG) IRA FUNDS+ | B | Int./Div. | J | T | Buy (add'l) | 01/18/19 | K | | |
| 64. | A | Distribution | J | T | Sold (part) | 01/24/19 | K | B | |
| 65. | A | Int./Div. | J | T | Buy (add'l) | 02/25/19 | J | | |
| 66. | A | Int./Div. | J | T | Buy (add'l) | 03/01/19 | J | | |
| 67. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | C | |
| 68. | D | Distribution | | | Sold | 08/14/19 | M | C | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heston, Mary J.** | 12/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. VANGUARD INTERMEDIATE TERM BONDS (BIV) IRA FUNDS+ | A | Int./Div. | J | T | Sold (part) | 01/18/19 | J | A | |
| 70. | A | Distribution | J | T | Sold (part) | 01/30/19 | J | A | |
| 71. | A | Int./Div. | J | T | Buy (add'l) | 03/01/19 | J | | |
| 72. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 73. | A | Distribution | J | T | Sold (part) | 06/17/19 | J | A | |
| 74. | A | Distribution | | | Sold | 08/14/19 | K | A | |
| 75. VANGARD SHORT TERM BONDS (BSV) IRA FUNDS+ | A | Int./Div. | J | T | Sold | 01/18/19 | K | A | |
| 76. ISHARES 3-7 YEAR TREASURY BOND ETF (IEI) IRA FUNDS+ | A | Int./Div. | J | T | Sold (part) | 01/18/19 | J | A | |
| 77. | A | Distribution | J | T | Sold (part) | 04/05/19 | J | A | |
| 78. | A | Distribution | | | Sold | 08/14/19 | J | A | |
| 79. VANGUARD SHORT TERM CORPORATE BOND (VCSH) IRA FUNDS+ | A | Int./Div. | J | T | Buy | 01/18/19 | K | | |
| 80. | A | Distribution | J | T | Sold (part) | 01/24/19 | J | A | |
| 81. | A | Distribution | J | T | Sold (part) | 01/30/19 | J | A | |
| 82. | A | Int./Div. | J | T | Buy (add'l) | 03/01/19 | J | A | |
| 83. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 84. | A | Distribution | | | Sold | 08/14/19 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 12/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85. VANGUARD INTERMEDIATE TERM CORPORATE BOND (VCIT) IRA FUNDS + | A | Int./Div. | J | T | Buy | 01/18/19 | K | | |
| 86. | A | Distribution | J | T | Sold (part) | 01/24/19 | J | A | |
| 87. | A | Int./Div. | J | T | Buy (add'l) | 02/25/19 | J | | |
| 88. | A | Distribution | J | T | Sold (part) | 04/04/19 | J | A | |
| 89. | A | Distribution | J | T | Sold | 08/14/19 | J | A | |
| 90. XTRACKERS USD HIGH YIELD CORP BONDS (HYLB) IRA FUNDS+ | A | Int./Div. | J | T | Buy | 01/18/19 | J | | |
| 91. | A | Int./Div. | J | T | Sold (part) | 01/24/19 | J | A | |
| 92. | A | Distribution | | | Sold | 08/14/19 | J | A | |
| 93. Estate #F1 Bank Account | A | Int./Div. | J | T | | | | | |
| 94. Estate#1 MET LIFE SHARES | A | Int./Div. | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Heston, Mary J.** | 12/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

+ ALL OF THE IRA FUNDS WERE LIQUIDATED AND TRANSFERRED TO TSP ON OR BEFORE AUGUST 14, 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 12/22/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mary J. Heston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544